UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RAEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOONEY & BOURKE, INC., and DOES 1–50,<br><br>Defendant. | Case No.: 16cv371 JM (DHB)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT** |

On July 22, 2016, the court granted, with leave to amend, Defendant Dooney & Bourke's motion to dismiss the first amended complaint of Plaintiff Monica Rael. (Doc. No. 28.) The court allowed Plaintiff fourteen days in which to file a second amended complaint. Because Plaintiff has not filed a second amended complaint, this action is hereby dismissed, with prejudice, and judgment is entered in favor of Defendant Dooney & Bourke. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: October 21, 2016

JEFFREY T. MILLER
United States District Judge